**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JUAN MANUEL ZAMORA LARA,

Petitioner,

v.

DEPARTMENT OF HOMELAND SECURITY, et al.,

Respondents.

Case No. CV 5:26-02029 JLS (RAO)

JUDGMENT

Pursuant to the Order of Summary Dismissal,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED:  April 22, 2026

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE